UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Anthony Harvath | ) | BK No.: 16-03921 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s)<br>Anthony Harvath | ) | Adv. No.: 16-00294 |
| | ) | |
| Plaintiff(s)<br>United States Department of Education, et al. | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER DISMISSING ADVERSARY CASE AS TO UNITED STATES DEPARTMENT OF EDUCATION AND EDUCATIONAL CREDIT MANAGEMENT CORPORATION

This matter, coming on the oral motion of counsel for the Plaintiff, Anthony Harvath, this Court having jurisdiction and being fully advised in the premises, it is ordered that this adversary complaint is DISMISSED without prejudice as to Defendants United States Department of Education and Educational Credit Management Corporation ("ECMC").

Dated: NOV 01 2016 / 11/1/16

Enter:

*[signature]*
United States Bankruptcy Judge

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1610
Chicago, IL 60604 | 312.662.5757 | jstorer@lakelaw.com

Rev: 20151029_apo