# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| In re:<br>    ANTHONY HARVATH,<br><br>    Debtor. | Bk. Case No. 16-03924<br>Chapter 7 |
| ANTHONY HARVATH,<br><br>    Plaintiff,<br>v.<br><br>U.S. DEPT. OF EDUCATION, AES LOAN SERVICING, FIRSTMARK SERVICES, NATIONAL COLLEGIATE STUDENT LOAN, NAVIENT, NATIONAL EDUCATION SERVICING, NC STATE EDUCATION ASSISTANCE AUTHORITY, DEPAUL UNIVERSITY, LOYOLA UNIVERSIT OF CHICAGO, AND NORTHEASTERN ILLINOIS UNIVERSITY,<br><br>    Defendants. | Adv. Case No. 16 A 294<br>Hon. Jack B. Schmetterer |

## AGREED ORDER OF DISMISSAL (State Education)

Plaintiff, Anthony Harvath, and Defendant, State Education Assistance Authority (s/h/a NC State Education Assistance Authority), having submitted a Stipulated Judgment, and good cause appearing;

IT IS ORDERED that the parties' stipulations are approved by the Court;

IT IS FURTHER ORDERED that judgment is entered in accordance with the parties' stipulations;

IT IS FURTHER ORDERED that Plaintiff's Complaint against State Education Assistance Authority is dismissed with prejudice; and,

IT IS FURTHER ORDERED that each party bear its own costs.

JAN 10 2017

_____
United States Bankruptcy Judge