UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Anthony Harvath | ) | BK No.: 16-03921 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s)<br>Anthony Harvath | ) | Adv. No.: 16-00294 |
| | ) | |
| Plaintiff(s)<br>United States Department of Education, et al. | ) | |
| | ) | |
| Defendant(s) | ) | |

## ORDER DISMISSING ADVERSARY

This matter coming to be heard on the Motion of the Plaintiff, Anthony Harvath, to dismiss, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders the case dismissed without prejudice.

Dated: 1/10/17

Enter:

United States Bankruptcy Judge

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1610 | Chicago, IL 60604
jstorer@lakelaw.com | 312.662.5757

Rev: 20151029_apo